**APPLICANT**       <u>THOMAS RAYMOND CARR</u>       **APPLICATION NO. 79,620-06**

# APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

## ACTION TAKEN

**DISMISSED. NONCOMPLIANT WITH TEX. R. APP. P. 73.1.**

*Per Curiam*                                7/8/15

**JUDGE**                                                 **DATE**